1  SCOTT N. SCHOOLS (SCSBN 9990)
   United States Attorney
2

3  Attorneys for Plaintiff

4

5

6
                    UNITED STATES DISTRICT COURT
7
                   NORTHERN DISTRICT OF CALIFORNIA
8
                           SALINAS DIVISION
9
   UNITED STATES OF AMERICA,        )  Criminal No.: CR 07 00201 HRL
10                                   )
              Plaintiff,             )
11                                   )  VIOLATIONS: 18 USC § 13 assimilating
       vs.                           )  California Vehicle Code § 23104(a) –
12                                   )  Reckless Driving of a Vehicle Causing Bodily
                                     )  Injury to any Person other than the Driver; 18
   RODNEY J. SEVERSON,               )  USC § 13 assimilating California Vehicle
13                                   )  Code § 22350 – Driving a Vehicle at a Speed
              Defendant.             )  Greater than is Reasonable and/or at a Speed,
14                                   )  which Endangers the Safety of Persons or
                                     )  Property
15 _____    )

16                           INFORMATION

17  The United States Attorney charges:

18  COUNT ONE: (18 U.S.C. §13, assimilating California Vehicle Code § 23104(a) – Reckless
         Driving of a Vehicle Causing Bodily Injury to any Person other than the Driver)
19
        On or about November 5, 2005, at Fort Hunter Liggett, in the County of Monterey, in the
20
    Northern District of California, and within the special maritime and territorial jurisdiction of the
21
    United States, the defendant
22
                              RODNEY J. SEVERSON
23
    did unlawfully drive a vehicle upon a highway in willful and wanton disregard for the safety of
24
    persons and property and did proximately cause bodily injury to, Jeanne M. Oberstar, in
25
    violation of Title 18, United States Code, Section 13, assimilating California Vehicle Code
26
    Section 23104(a), a Class B misdemeanor.

                                          1

1  COUNT TWO: (18 U.S.C. §13, assimilating California Vehicle Code § 22350 – Driving a Vehicle at a Speed Greater than is Reasonable and/or at a Speed, which Endangers the Safety of Persons or Property)

On or about November 5, 2005, at Fort Hunter Liggett, in the County of Monterey, in the Northern District of California, and within the special maritime and territorial jurisdiction of the United States, the defendant

**RODNEY J. SEVERSON**

did unlawfully violate the basic speed law by driving upon a highway at a speed greater than was reasonable and prudent having due regard for existing conditions, in violation of Title 18, United States Code, Section 13, assimilating California Vehicle Code Section 22350, an infraction.

DATED:

SCOTT N. SCHOOLS
United States Attorney

_____
CARLOS SINGH
Assistant United States Attorney

(Approved as to form: _____)
SAUSA Nelson

**CR 07 00201 HRL** E-Filing

FILED 2007 APR -9 PM 1:38
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NO. DIST. OF CA S.J.

AO 257 (Rev. 9/92)

PER 18 U.S.C. 3170

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION -- IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT   ☑ INFORMATION   ☐ INDICTMENT

Name of District Court, and/or Judge/Magistrate Judge Location (City)
Northern District of California

### OFFENSE CHARGED
(See attached sheet.)

☐ Petty
☐ Minor
☑ Misdemeanor
☐ Felony

Place of offense: Fort Hunter Liggett, CA

U.S.C. Citation: (See attached sheet.)

### DEFENDANT -- U.S. vs.
Rodney J. Severson

Address: 8517 Pershing Drive, Apt #1
Playa Del Rey, CA 90293

Birth Date: 7/9/1968   ☑ Male   ☐ Female   ☐ Alien (if applicable)

(Optional unless a juvenile)

### PROCEEDING

Name of Complainant Agency, or Person (& Title, if any):

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per FRCrP ☐ 20 ☐ 21 ☐ 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y   ☐ Defense
SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate Judge regarding this defendant were recorded under
MAGISTRATE JUDGE CASE NO.

Name and Office of Person Furnishing Information on THIS FORM: Scott N. Schools
☑ U.S. Att'y   ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned): Amy J. Nelson, SAUSA

### DEFENDANT
IS NOT IN CUSTODY
1) ☐ Has not been arrested, pending outcome of this proceeding. If not detained, give date any prior summons was served on above charges
2) ☐ Is a Fugitive
3) ☑ Is on Bail or Release from (show District)
Northern District of California, FHL PD

IS IN CUSTODY
4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges   ☐ Fed'l ☐ State
If answer to (6) is "Yes," show name of institution

Has detainer been filed?   ☐ Yes   ☐ No
If "Yes," give date filed
Mo.  Day  Year

DATE OF ARREST
Or . . . if Arresting Agency & Warrant were not Federal
Mo.  Day  Year

DATE TRANSFERRED TO U.S. CUSTODY

☐ This report amends AO 257 previously submitted

### ADDITIONAL INFORMATION OR COMMENTS

PROCESS: Summons for Arraignment

To appear before Judge Seeborg on 4 June 2007 at 8:00a.m. at the United States District Court located at 1000 South Main Street, #214, Salinas, California.

## ATTACHMENT TO PENALTY SHEET
## U.S. v. SEVERSON

<u>COUNT ONE</u>: 18 U.S.C., Section 13, assimilating California Vehicle Code Section 23104(a) – Reckless driving of a vehicle causing bodily injury to any person other than the driver.

        Penalties:    Mandatory Minimum: 30 days or $220.00 fine
                              Maximum Penalties:
                                    6 Months imprisonment
                                    $1000.00 fine

<u>COUNT TWO</u>: 18 U.S.C. Section 13, assimilating California Vehicle Code Section 22350 – Driving a vehicle at a speed that is greater than reasonable and/or at a speed which endangers the safety of persons or property.

        Penalties:    Mandatory Minimum: N/A
                                Maximum Penalties:
                                    $266.00 fine