SCOTT N. SCHOOLS (SCSBN 9990)
United States Attorney

MARK L. KROTOSKI (CASBN 138549)
Chief, Criminal Division

AMY J. NELSON (OKBN 19898)
Special Assistant United States Attorney

Defense Language Institute – Criminal Law
1336 Plummer Street, Building 275
Monterey, CA 93944
Telephone: (831) 242-4537
FAX: (831) 242-5198

Attorneys for Plaintiff

**FILED**

JUL - 2 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SALINAS DIVISION

| UNITED STATES OF AMERICA, | ) No. CR-07-00201 |
|---|---|
| Plaintiff, | ) |
| vs. | ) Order |
| | ) ~~MOTION~~ FOR WARRANT |
| RODNEY J. SEVERSON, | ) |
| Defendant. | ) |

The Government hereby requests that a warrant in the amount of $5000.00 be issued for the above named defendant.

Service of process on the above named defendant was attempted on May 17, 2007 at the defendant's last known address in Playa Del Rey, California. Service of process was attempted by the United States Marshall's Office. Service of process was unsuccessful because there was no response from the defendant's residence when Deputy Marshalls attempted contact. Furthermore, the last name on the residence mail box was "Oberstar", and not "Severson".

The Government makes this request based on the charges specified in the Information filed with the Court, which were violation of 18 U.S.C. §13, assimilating California Vehicle Code § 23104(a), reckless driving of a vehicle causing bodily injury to any person other than the driver, and violation of 18 U.S.C. §13, assimilating California Vehicle Code § 22350, driving a vehicle at a speed greater than is reasonable and/or at a speed which endangers the safety of persons or property.

SCOTT N. SCHOOLS
United States Attorney

*/s/ Amy J. Nelson*
AMY J. NELSON
Special Assistant United States Attorney

So ordered.

*/s/*

7/2/07