1  SCOTT N. SCHOOLS (SCSBN 9990)
   United States Attorney
2
3  MARK L. KROTOSKI (CASBN 138549)
   Chief, Criminal Division
4
   AMY J. NELSON (OKBN 19898)
   Special Assistant United States Attorney

**FILED**

AUG 3 0 2007

   Defense Language Institute – Criminal Law
   1336 Plummer Street, Building 275
   Monterey, CA 93944
   Telephone: (831) 242-4537
   FAX: (831) 242-5198

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SALINAS DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR-07-00201 |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | MOTION AND ORDER FOR SUMMONS |
| RODNEY J. SEVERSON | ) | |
| Defendant. | ) | |

The Government hereby requests that a new summons be issued for the above named defendant.

Service of process on the above named defendant was attempted on 8 June 2007 in Los Angles, California by the United States Marshall Office. Service of process could not be completed prior to the arraignment date set forth in the previous summons due to an incorrect address for the defendant.

1

The Government requests that the time, date, and location of initial hearing on the new summons be 1 October 2007 at 8:00 AM at the United States Bankruptcy Court, Building 214, 1000 Main Street, Salinas, California. The defendant's current address is 409 Market Street, Number 6, Long Beach, California 90805.

The Government makes this request based on the charge specified in the Information filed with the Court on 7 April 2007, which was violation of 18 U.S.C. §13, assimilating California Vehicle Code § 23104(a), reckless driving of a vehicle causing bodily injury to any person other than the driver, and 18 U.S.C. §13, assimilating California Vehicle Code § 22350, driving a vehicle at a speed greater than is reasonable and/or at a speed which endangers the safety of persons or property.

SCOTT N. SCHOOLS
United States Attorney

_____
AMY J. NELSON
Special Assistant United States Attorney

## ORDER

Based on the government's motion and good cause appearing,

IT IS HEREBY ORDERED that a Summons be issued for the above named defendant.

Dated: __8/30__ 2007      _____
HOWARD R. LLOYD
United States Magistrate Judge

2