# United States District Court
## Northern District of California

FILED

E-FILING

2007 OCT 12  P 4:08

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

UNITED STATES OF AMERICA,
        Plaintiff,

V.

RODNEY J. SEVERSON,
        Defendant.

## WARRANT FOR ARREST

CASE NUMBER: CR-07-00201 HRL

To: The United States Marshal
    and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest RODNEY J. SEVERSON and bring him or her forthwith to the nearest magistrate judge to answer a(n)

    ( ) Indictment   (X) Information   ( ) Complaint
    ( ) Order of Court   ( ) Violation Notice   ( ) Probation Violation Petition

charging him or her with

reckless driving of a vehicle causing bodily injury to any person other than the driver; AND driving a vehicle at a speed greater than is reasonable and /or at a speed which endangers the safety or persons or property

in violation of Title __18__ United States Code, § __13__ [assimilating Cal. Vehicle Code §§ 23104(a) and 22350]

| Howard R. Lloyd | U.S. Magistrate Judge |
|---|---|
| Name of Issuing Officer | Title of Issuing Officer |
| [signature] | July 2, 2007, San Jose, CA |
| Signature of Issuing Officer | Date and Location |

Bail fixed at $ __No Bail__        by __Howard R. Lloyd__
                                                          Name of Judicial Officer

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at _____

| Date received | Name and Title of Arresting Officer | Signature of Arresting Officer |
|---|---|---|
| Date of Arrest | | |

*recalled 10/03/07 court order*