1   BARRY J. PORTMAN
    Federal Public Defender
2   MANUEL U. ARAUJO
    Assistant Federal Public Defender
3   160 West Santa Clara Street, Suite 575
    San Jose, CA 95113
4   Telephone: (408) 291-7753

5   Counsel for Defendant SEVERSON

6

7                    IN THE UNITED STATES DISTRICT COURT

8                   FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10

    UNITED STATES OF AMERICA,          )    No. CR 07-00201 HRL
11                                      )
                    Plaintiff,          )    **NOTICE OF SUBSTITUTION OF**
12                                      )    **COUNSEL**
    vs.                                 )
13                                      )
    RODNEY J. SEVERSON,                 )
14                                      )
                    Defendant.          )
15  _____ )

16        The Federal Public Defender, Barry J. Portman, was previously appointed as counsel for

17  Rodney J. Severson.  Pursuant to General Order 45 of the Local Rules, Assistant Federal Public

18  Defender Manuel U. Araujo enters his Notice of Substitution of Attorney for Mr. Severson.  Mr.

19  Araujo will be replacing Assistant Federal Public Defender Jay Rorty as counsel of record.

20  Counsel's contact information is listed above.

21
    Dated: January 16, 2008
22                                        Respectfully submitted,

23                                        BARRY J. PORTMAN
                                          Federal Public Defender
24                                                /S/

25                                        MANUEL U. ARAUJO
                                          Assistant Federal Public Defender

26

    Notice of Substitution of Counsel              1