1  BARRY J. PORTMAN
   Federal Public Defender
2  MANUAL ARAUJO
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA  95113
4  Telephone:  (408) 291-7753

5  Counsel for Defendant SEVERSON

6

7

8
                    IN THE UNITED STATES DISTRICT COURT
9
                  FOR THE NORTHERN DISTRICT OF CALIFORNIA
10
                              SAN JOSE DIVISION
11
   UNITED STATES OF AMERICA,            )   No. CR 07-00201 HRL (RS)
12                                      )
                       Plaintiff,       )   **STIPULATION TO CONTINUE**
13  v.                                  )   **STATUS HEARING; [PROPOSED]**
                                        )   **ORDER**
14  RODNEY J. SEVERSON,                 )
                                        )
15                     Defendant.       )
   _____)
16
                                   **STIPULATION**
17
         Defendant and the government, through their respective counsel, hereby stipulate that,
18
   subject to the court's approval, the status hearing in the above-captioned matter, presently
19
   scheduled for Monday, February 4, 2008, at 9:30 a.m., may be continued to Monday, April 7,
20
   2008, at 9:30 a.m.  The continuance is being requested due to a change in defense counsel and
21
   newly assigned defense counsel will need to review the case.
22
         The parties further agree and stipulate that time should be excluded from and including
23
   February 4, 2008 through and including April 7, 2008, to provide counsel reasonable time to
24
   prepare, pursuant to Speedy Trial Act, 18 U.S.C. §3161(h)(8)(A) and (B)(iv).  Accordingly, the
25
   United States and the defendant agree that granting the requested exclusion of time will serve the
26

STIPULATION TO CONTINUE HEARING;
[PROPOSED] ORDER
No. CR 07-00201 HRL (RS)                    1

interest of justice and outweigh the interest of the public and defendant in a speedy trial.

Dated: January 28, 2008

                                        _____/s/_____
                                        MANUEL ARAUJO
                                        Assistant Federal Public Defender

Dated: January 28, 2008

                                        _____/s/_____
                                        MAJOR AMY NELSON
                                        Special Assistant United States Attorney

## **ORDER**

Good cause appearing and by stipulation of the parties, it is hereby ordered that the sentencing hearing in the above-captioned matter shall be continued from February 4, 2008 to April 7, 2008 at 9:30 a.m. as well as the period of delay from February 4, 2008, to and including April 7, 2008, be excluded for purposes of Speedy Trial Act computations pursuant to Title 18, United States Code, Sections 3161(h)(8)(A) and 3161(h)(8)(B)(iv).

Dated: January ___, 2008

                                        _____
                                        RICHARD SEEBORG
                                        United States Magistrate Judge