1  BARRY J. PORTMAN
   Federal Public Defender
2  MANUAL ARAUJO
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA 95113
4  Telephone: (408) 291-7753

5  Counsel for Defendant SEVERSON

**E-FILED**

FEB -1 2008

CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

6

7

8

9

10

11

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 07-00201 HRL (RS) |
| | ) | |
| Plaintiff, | ) | **STIPULATION TO CONTINUE** |
| | ) | **STATUS HEARING; [PROPOSED]** |
| v. | ) | **ORDER** |
| | ) | |
| RODNEY J. SEVERSON, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**STIPULATION**

Defendant and the government, through their respective counsel, hereby stipulate that,

subject to the court's approval, the status hearing in the above-captioned matter, presently

scheduled for Monday, February 4, 2008, at 9:30 a.m., may be continued to Monday, April 7,

2008, at 9:30 a.m. The continuance is being requested due to a change in defense counsel and

newly assigned defense counsel will need to review the case.

The parties further agree and stipulate that time should be excluded from and including

February 4, 2008 through and including April 7, 2008, to provide counsel reasonable time to

prepare, pursuant to Speedy Trial Act, 18 U.S.C. §3161(h)(8)(A) and (B)(iv). Accordingly, the

United States and the defendant agree that granting the requested exclusion of time will serve the

STIPULATION TO CONTINUE HEARING;
[PROPOSED] ORDER
No. CR 07-00201 HRL (RS)                1

1   interest of justice and outweigh the interest of the public and defendant in a speedy trial.

2

3   Dated: January 28, 2008

4                                   _____/s/_____
                                    MANUEL ARAUJO
5                                   Assistant Federal Public Defender

    Dated: January 28, 2008
6
                                    _____/s/_____
7                                   MAJOR AMY NELSON
                                    Special Assistant United States Attorney
8

9                                   **ORDER**

10          Good cause appearing and by stipulation of the parties, it is hereby ordered that the

11  sentencing hearing in the above-captioned matter shall be continued from February 4, 2008 to

12  April 7, 2008 at 9:30 a.m. as well as the period of delay from February 4, 2008, to and including

13  April 7, 2008, be excluded for purposes of Speedy Trial Act computations pursuant to Title 18,

14  United States Code, Sections 3161(h)(8)(A) and 3161(h)(8)(B)(iv).

15

16
    Dated: ~~January~~ February 7, 2008
17
                                    RICHARD SEEBORG
18                                  United States Magistrate Judge

19

20

21

22

23

24

25

26

ORDER CONTINUING HEARING
No. CR 07-00201 HRL(RS)                    2