AO 245B (Rev. 6/05 - Judgment in a Criminal Case)

# United States District Court
## Northern District of California

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br>**v.**<br>RODNEY SEVERSON | **JUDGMENT IN A CRIMINAL CASE**<br><br>USDC Case Number: CR-07-00201-001 HRL<br>BOP Case Number: DCAN707CR000201-001<br>USM Number: None/unknown<br>Defendant's Attorney: Nick Humy |

**FILED**

**JUN 1 0 2008**

CLER~ ... .. ... ... COURT
NORTHER~ DIST~ .ST OF CALIFORNIA
SAN JOSE

## THE DEFENDANT:

[x]   pleaded guilty to count: 1 of the Information .
[ ]   pleaded nolo contendere to count(s) ___ which was accepted by the court.
[ ]   was found guilty on count(s) ___ after a plea of not guilty.

The defendant is adjudicated guilty of these offense(s):

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 18USC§13, assimilating CVC 23104(a) | Reckless Driving of a Vehicle Causing Bodily Injury to any Person Other Than the Driver | 11/5/2005 | 1 |

The defendant is sentenced as provided in pages 2 through 3 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ]   The defendant has been found not guilty on count(s) ___.

[x]   Count 2 of the Information is dismissed on the motion of the United States.

IT IS ORDERED that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of any material changes in economic circumstances.

6/2/08
Date of Imposition of Judgment

Signature of Judicial Officer

Honorable Richard Seeborg, U. S. Magistrate Judge
Name & Title of Judicial Officer

6 / 1 0 / 08
Date



DEFENDANT:      RODNEY SEVERSON                                    Judgment - Page 2  of  3
CASE NUMBER:    CR-07-00201-001 HRL

## CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on Sheet 6.

|          | Assessment | Fine | Restitution |
|----------|------------|------|-------------|
| Totals:  | $ 10       | $ 1000 | $ 6212    |

[x]  The defendant shall make restitutionto the following payee in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportional payment unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| Name of Payee        |     | Total Loss* | Restitution Ordered | Priority or Percentage |
|----------------------|-----|-------------|---------------------|------------------------|
| Jeanne M. Oberstar   |     |             | 6212                |                        |
| Totals:              | $   | $ 6212      |                     |                        |

[x]  Restitution amount ordered pursuant to plea agreement $ 6212

[ ]  The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6, may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

[x]  The court determined that the defendant does not have the ability to pay interest, and it is ordered that:

   [x ]  the interest requirement is waived for the    [x ] fine   [x ] restitution.

   [ ]  the interest requirement for the    [ ]  fine    [ ] restitution is modified as follows:

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

DEFENDANT:      RODNEY SEVERSON                                          Judgment - Page 3 of 3
CASE NUMBER:    CR-07-00201-001 HRL

# SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties are due as
follows:

- [x] Lump sum payment of $10 (special assessment) due immediately;

- [x ] Payment of fine to be completed within 60 days after the date of this judgment;

- [x ] Payment of restitution to be made in monthly installments of a minimum $50 per month beginning
6/15/2008 until paid in full

- [x] Payments to be made to the U.S. District Court, Finance Department, 450 Golden Gate Ave, Room 16-
5298, San Francisco, CA 94102


The defendant is placed on 2 years informal unsupervised probation.

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) fine interest, (6) community
restitution, (7) penalties, and (8) costs, including cost of prosecution and court costs.